MAGISTRATE JUDGE COX

JUDGE DOW

DMB, BALTIMORE

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 1:07CR00506 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Aminatu Docemo | DISTRICT Maryland | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE T.S. Ellis, III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/14/2006 — TO 2/13/2010 |

RECEIVED DEC 17 2007 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

OFFENSE

21 U.S.C. 841(a)(1) - Possession with intent to distribute 100 grams or more of heroin (Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**08CR 0019**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/7/07
Date

J. Frederick Motz
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 8 2008
Effective Date

James F. Holderman
United States District Judge

**FILED**

JAN 0 9 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT