**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
**DISTRICT OF MARYLAND**

Felicia C. Cannon, Clerk

January 14, 2008

Reply to Northern Division Address

F I L E D
1-24-08
JAN 2 4 2008 CU

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CR19

United States District Court
219 South Dearborn Street
Chicago, Illinois 60604

Re: United States of America vs. Aminatu Adebisi Docemo
Civil Action No.:
Criminal Action No.: 07-0506

Dear Clerk:

[ ]   On, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers on file.

[ X ]   On January 8, 2008, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ]   Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

Sincerely,

Felicia C. Cannon, Clerk

By: _____
Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

Letter Transferring Case (Rev. 02/26/2002)

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

CLOSED

# U.S. District Court
## District of Maryland (Baltimore)
## CRIMINAL DOCKET FOR CASE #: 1:07-cr-00506-1
### Internal Use Only

Case title: USA v. Docemo

Date Filed: 11/02/2007
Date Terminated: 11/02/2007

Assigned to: Judge Maryland Unassigned

### Defendant (1)

**Aminatu Adebisi Docemo**
*TERMINATED: 11/02/2007*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) POSSESSION With Intent to Distribute 100 Grams or More of Heroin (1) | Imprisonment 37 months, with credit for time already served in connection with the instant offense, pursuant to 18 U.S.C. 3585(b), as computed by the Bureau of Prisons; Supervised Release 4 years; Special Assessment $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff
USA

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2007 | ⊙1 | TRANSFER OF JURISDICTION as to Aminatu Adebisi Docemo; |

|   |   |   |
|---|---|---|
|   |   | Received certified copies of indictment, judgment and docket sheet from Eastern District of Virginia (Alexandria Division). (amf, Deputy Clerk) (Entered: 11/05/2007) |
| 11/02/2007 |  | (Court only) ***Update Disposition Information: Aminatu Adebisi Docemo (1), Count(s) 1, Imprisonment 37 months, with credit for time already served in connection with the instant offense, pursuant to 18 U.S.C. 3585(b), as computed by the Bureau of Prisons; Supervised Release 4 years; Special Assessment $100.00. (amf, Deputy Clerk) (Entered: 11/05/2007) |
| 11/02/2007 |  | (Court only) ***Terminated defendant Aminatu Adebisi Docemo, pending deadlines, and motions. (amf, Deputy Clerk) (Entered: 11/05/2007) |
| 11/02/2007 |  | (Court only) ***Case Terminated as to Aminatu Adebisi Docemo (amf, Deputy Clerk) (Entered: 11/05/2007) |
| 01/14/2008 | 2 | Supervised Release Jurisdiction Transferred to Northern District of Illinois as to Aminatu Adebisi Docemo; Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (amf, Deputy Clerk) (Entered: 01/14/2008) |
| 01/14/2008 |  | Transmitted Papers to the Northern District of Illinois as to Aminatu Adebisi Docemo. (amf, Deputy Clerk) (Entered: 01/14/2008) |

I hereby attest and certify on January 14, 2008
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

## U.S. District Court
### Eastern District of Virginia (Alexandria)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-00486-TSE-ALL

Case title: USA v. Docemo
Magistrate judge case number: 1:04-mj-00856

Date Filed: 12/10/2004

*07-0506*

Assigned to: District Judge T. S. Ellis, III

**Defendant**

Aminatu Adebisi Docemo (1)

**06CR0854**

represented by Michael Stefan Nachmanoff
Office of the Federal Public Defender
1650 King St
Suite 500
Alexandria, VA 22314
(703) 600-0800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender

**Pending Counts**

(21:841A=ND.F) 21 U.S.C. 841(a)(1)
POSSESSION W/ INTENT TO
DISTRIBUTE 100 GRAMS OR MORE OF
NARCOTICS - HEROIN (Sched. II)
(October 8, 2004)
(1)

**Disposition**   JUDGE JOAN H. LEFKOW
**MAGISTRATE JUDGE DENLOW**

37 mos. BOP w/ credit and 4 yrs. supervised
release w/ conds. $100 S.A. No fine.
Remanded.

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
   DEPUTY CLERK

**Highest Offense Level (Opening)**
Felony

**FILED**
NOV 17 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

**Plaintiff**

USA

represented by Lawrence J. Leiser
United States Attorney's Office

2100 Jamieson Ave
Alexandria, VA 22314
(703)299-3700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2004 | 1 | COMPLAINT as to Aminatu Adebisi Docemo [ 1:04-m -856 ] (ctat) (Entered: 10/05/2004) |
| 10/05/2004 | 2 | AFFIDAVIT by USA as to Aminatu Adebisi Docemo Re: [1-1] complaint [ 1:04-m -856 ] (ctat) (Entered: 10/05/2004) |
| 10/05/2004 |   | ORDER as to Aminatu Adebisi Docemo, to appoint federal public defender Michael Stefan Nachmanoff ( Signed by Mag Judge Theresa C. Buchanan ) [ 1:04-m -856 ] (avax) (Entered: 10/05/2004) |
| 10/05/2004 |   | Initial appearance as to Aminatu Adebisi Docemo before Mag Judge Theresa C. Buchanan set for 11:00 10/6/04 for Aminatu Adebisi Docemo [ 1:04-m -856 ] (avax) (Entered: 10/05/2004) |
| 10/06/2004 |   | ARREST of Aminatu Adebisi Docemo [ 1:04-m -856 ] (avax) (Entered: 10/06/2004) |
| 10/06/2004 |   | Initial appearance as to Aminatu Adebisi Docemo before Mag Judge Theresa C. Buchanan held ( FTR) USA appeared through: Maladono Dft(s) appeared through: M.Nachmanoff (Defendant informed of rights.) [ 1:04-m -856 ] (avax) (Entered: 10/06/2004) |
| 10/06/2004 | 3 | Waiver of Preliminary Examination or Hearing by Aminatu Adebisi Docemo [ 1:04-m -856 ] (avax) (Entered: 10/06/2004) |
| 10/06/2004 |   | Detention hearing as to Aminatu Adebisi Docemo before Mag Judge Theresa C. Buchanan held ( FTR) USA appeared through: Maladono Dft(s) appeared through: Nachmanoff. U.S. requests detention. Court advised upon verfication from pretrial services the defendant shall be released to a 3rd party (mother or aunt) with other conditions imposed - see minute sheet for details. Order to be entered by fax is necessary once the Court is contacted by Pretrial Services. Defendant is remanded to the USMS until the conds. are set. [ 1:04-m -856 ] (avax) (Entered: 10/06/2004) |
| 10/20/2004 | 4 | ORDER OF DETENTION as to Aminatu Adebisi Docemo ( Signed by Mag Judge Theresa C. Buchanan ) Copies Mailed: y [ 1:04-m -856 ] (avax) (Entered: 10/22/2004) |
| 10/25/2004 | 5 | JOINT MOTION by USA and Aminatu Adebisi Docemo to Extend Time to Indict to 12/15/04 [ 1:04-m -856 ] (agil) (Entered: 10/25/2004) |
| 10/28/2004 | 6 | ORDER Granting [5-1] joint motion by USA and Aminatu Adebisi Docemo to Extend Time to Indict to 12/15/04 ( Signed by Judge Claude M. Hilton ) Copies Mailed: 11.1.04 [ 1:04-m -856 ] (agil) (Entered: 11/01/2004) |
| 12/14/2004 | 7 | Second JOINT MOTION by USA and Aminatu Adebisi Docemo to Extend Time to Indict until 1/7/05 (agil) (Entered: 12/14/2004) |
| 12/14/2004 |   | Plea Agreement Hearing set for 2:00 p.m. on 12/22/04 for Aminatu Adebisi Docemo before Judge T. S. Ellis III (ctat) (Entered: 12/14/2004) |
| 12/14/2004 | 8 | ORDER Granting [7-1] joint motion by USA and Aminatu Adebisi Docemo to Extend |

| | | |
|---|---|---|
| | | Time to Indict until 1/7/05 ( Signed by Judge T. S. Ellis III ) Copies Mailed: 12.15.04 (agil) (Entered: 12/15/2004) |
| 12/22/2004 | 9 | INFORMATION as to Aminatu Adebisi Docemo (1) count(s) 1 filed in open court (tbul) (Entered: 12/28/2004) |
| 12/22/2004 | 10 | WAIVER OF INDICTMENT by Aminatu Adebisi Docemo filed in open court (Signed by Judge T. S. Ellis, III) Mailed: yes (tbul) (Entered: 12/28/2004) |
| 12/22/2004 | | Plea Agreement Hearing as to Aminatu Adebisi Docemo held before Judge Ellis. Deft was formally arraigned, pled G to the one-count criminal Information filed, and the Court accepted the plea. Deft directed to Probation for PSI Rpt. Matter cont'd. to 3/11/05 9:00 for sentencing. (Rptr: Rodriquez); USA appeared through: Larry Leiser; Deft appeared w/ counsel: Michael Nachmanoff. Deft remanded. Court Hours: 2-2:45 (tbul) (Entered: 12/28/2004) |
| 12/22/2004 | 11 | Plea Agreement as to Aminatu Adebisi Docemo filed in open court (tbul) (Entered: 12/28/2004) |
| 12/22/2004 | | PLEA entered by Aminatu Adebisi Docemo . Court accepts plea. by Aminatu Adebisi Docemo Guilty: Aminatu Adebisi Docemo (1) count(s) 1 (tbul) (Entered: 12/28/2004) |
| 12/22/2004 | 12 | STATEMENT OF FACTS as to Aminatu Adebisi Docemo filed in open court (tbul) (Entered: 12/28/2004) |
| 12/22/2004 | | Sentencing before Judge T. S. Ellis III set for 9:00 3/11/05 for Aminatu Adebisi Docemo , Aminatu Adebisi Docemo (1) count(s) 1 (tbul) (Entered: 12/28/2004) |
| 02/08/2005 | 13 | POSITION with Respect to Sentencing Factors filed by USA as to Aminatu Adebisi Docemo (tbul) (Entered: 02/08/2005) |
| 02/08/2005 | 14 | MOTION filed by USA as to Aminatu Adebisi Docemo to grant an additional one-level reduction in the offense level for acceptance of responsibility pursuant to statute (tbul) (Entered: 02/08/2005) |
| 02/08/2005 | | Deadline updated as to Aminatu Adebisi Docemo Motion Hearing Deadline before Judge T. S. Ellis III set for 9:00 3/11/05 for Aminatu Adebisi Docemo for [14-1] motion to grant an additional one-level reduction in the offense level for acceptance of responsibility pursuant to statute (tbul) (Entered: 02/08/2005) |
| 03/03/2005 | 15 | SENTENCING MEMORANDUM by Aminatu Adebisi Docemo (agil) (Entered: 03/03/2005) |
| 03/07/2005 | 16 | RESPONSE by USA to Sentencing [15-1] memorandum as to Aminatu Adebisi Docemo (agil) (Entered: 03/07/2005) |
| 03/11/2005 | | Sentencing before Judge T. S. Ellis III held (Rptr: Rodriquez). USA appeared through: Mike Rich; Dft(s) appeared w/ counsel: Michael Nachmanoff. Aminatu Adebisi Docemo (1) count(s) 1. Court adopted PSIR and made ltr. a part thereof. Deft sentenced to 37 mos. BOP w/ credit and supervised release for 4 yrs. w/ conds: drug testing, not travel outside U.S. w/out express permission of the Court. Court recommends Chicago area prison. Remanded. Court Hours: 9-10:50 (tbul) (Entered: 03/16/2005) |
| 03/11/2005 | 17 | JUDGMENT Aminatu Adebisi Docemo (1) count(s) 1, 37 mos. BOP w/ credit and 4 yrs. supervised release w/ conds. $100 S.A. No fine. Remanded. ( Signed by Judge T. S. Ellis III ) Copies Mailed: yes (tbul) (Entered: 03/16/2005) |
| 02/01/2006 | ●18 | Rule 35(b) MOTION for Reduction in Sentence by USA as to Aminatu Adebisi |

CM/ECF - vaed - Docket Report                                                                Page 4 of 4

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                |
|------------|-----|----|
|            |     | Docemo. (klau, ) (Entered: 02/01/2006) |
| 02/01/2006 | 19  | Memorandum in Support by USA as to Aminatu Adebisi Docemo of [18] MOTION to Reduce Sentence (klau, ) (Entered: 02/01/2006) |
| 02/03/2006 | 20  | NOTICE OF HEARING ON MOTION in case as to Aminatu Adebisi Docemo [18] Rule 35(b) MOTION for Reduction in Sentence: Motion Hearing set for 2/10/2006 09:00 AM before District Judge T. S. Ellis III. (jwhe, ) (Entered: 02/06/2006) |
| 02/06/2006 | 21  | Memorandum by Aminatu Adebisi Docemo in Support of [18] Rule 35(b) MOTION for Reduction in Sentence by USA as to Aminatu Adebisi Docemo (stas) (Entered: 02/06/2006) |
| 02/10/2006 |     | Minute Entry for proceedings held before Judge T. S. Ellis III:Motion Hearing as to Aminatu Adebisi Docemo held on 2/10/2006 re: [18] MOTION to Reduce Sentence filed by USA. Appearances: Larry Leiser for USA; Michael Nachmanoff on behalf of Deft (not present), who is incarcerated. Heard, findings stated and granted. Deft has served about 16 mos. Reduced to TIME SERVED. Order to follow today. (Court Reporter Rodriquez.) (tbul, ) (Entered: 02/10/2006) |
| 02/10/2006 | 22  | ORDER granting the [18] Motion to Reduce Sentence as to Aminatu Adebisi Docemo (1), for reasons stated from the Bench, and REDUCING Deft's sentence to TIME SERVED with all other terms and conditions to remain in effect. Signed by Judge T. S. Ellis III on 2/10/06. Mailed: yes + hand-delivered to USMS on 2/10/06 by dper (tbul, ) (Entered: 02/10/2006) |
| 11/02/2006 | 23  | Probation Jurisdiction Transferred to Northern District of Illinois as to Aminatu Adebisi Docemo. Transmitted Certified Copy of Transfer of Jurisdiction form, with certified copies of information, waiver of indictment, plea agreement, statement of facts, judgment, order re: reduction of sentence and docket sheet. Copy of letter of transmittal w/certified copy of Transfer of Jurisdiction forwarded to USPO in VA and IL. (pmil) (Entered: 11/09/2006) |

I hereby attest and certify on January 14, 2008
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet    Judgment in a Criminal Case

## UNITED STATES DISTRICT COURT
### Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA

v.

AMINATU DOCEMO,
a/k/a "BC,"

Defendant.

**FILED NOV 17 2006**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number 1:04CR00486-001

07-0506

JUDGE JOAN H. LEFKOW

**06CR0854**

MAR 11 2005

## JUDGMENT IN A CRIMINAL CASE — MAGISTRATE JUDGE DENLOW

The defendant, AMINATU DOCEMO, was represented by Michael Nachmanoff, Esquire.

The defendant pled guilty to the criminal Information. Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 21 U.S.C. 841(a)(1) | Possession with intent to distribute 100 grams or more of heroin (Felony) | October 8, 2004 | Information |

As pronounced on March 11, 2005, the defendant is sentenced as provided in pages 2 through 8 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this 11th day of March, 2005.

T. S. Ellis, III
United States District Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

17

AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet   Supervised Release

Judgment--Page 3 of 8

Defendant: AMINATU DOCEMO
Case Number: 1:04CR00486-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of FOUR (4) YEARS.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

> The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
>
> While on supervised release, the defendant shall not commit another federal, state, or local crime.
>
> While on supervised release, the defendant shall not illegally possess a controlled substance.
>
> While on supervised release, the defendant shall not possess a firearm or destructive device.
>
> If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF SUPERVISED RELEASE

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below):
1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the Probation Officer within 72 hours, or earlier if so directed, of any change in residence.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet ?  nt'd) - Supervised Release

Judgment—Page 4 of 8

Defendant: AMINATU DOCEMO
Case Number: 1:04CR00486-001

## SPECIAL CONDITIONS OF SUPERVISION

While on supervised release, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1.) The defendant must participate in, and successfully complete, a program of substance abuse testing, at the Probation Officer.

2.) The defendant must not travel outside the United States without the express, advance permission of the Court, obtained through the Probation Officer.

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 5 Financial Penalties

Judgment--Page 5 of 8

Defendant: AMINATU DOCEMO
Case Number: 1:04CR00486-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total monetary penalties in accordance with the schedule of payments set out below.

| Count | Special Assessment | Fine |
|---|---|---|
| Information | $100.00 | |
| **Total** | **$100.00** | |

### FINE

No fines have been imposed in this case.

### SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The special assessment is due in full immediately. If not paid immediately, the court authorizes the deduction of appropriate sums from the defendant's account while in confinement in accordance with the applicable rules and regulations of the Bureau of Prisons.

Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

If this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.

All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 6 - Restitution and Forfeiture

Judgment--Page 6 of 8

Defendant: AMINATU DOCEMOAMINATU DOCEMO
Case Number: 1:04CR00486-001

## RESTITUTION AND FORFEITURE

### RESTITUTION

Restitution has not been ordered in this case.

### FORFEITURE

Forfeiture has not been ordered in this case.

MAGISTRATE JUDGE COX

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION** JUDGE DOW

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:07CR00506 |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Aminatu Docemo | Maryland | |

| NAME OF SENTENCING JUDGE |
|---|
| T.S. Ellis, III |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/14/2006 | TO 2/13/2010 |
|---|---|---|

OFFENSE

21 U.S.C. 841(a)(1) - Possession with intent to distribute 100 grams or more of heroin (Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

08CR 0019

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/7/07
Date

J. Frederick Motz
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

January 14, 2008

I hereby attest and certify that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By [signature]

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 8 2008
Effective Date

James F. Holderman
United States District Judge

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By Elenore Duff
DEPUTY CLERK
U.S DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 1-11-08

RECEIVED
JAN 0 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DENLOW

OCT 2 9 2007

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:06-cr-00854 All Defendants
### Internal Use Only

07-0506

Case title: USA v. Docemo
Other court case number: !:04 CR 486 USDC ED?VA
-Alexandria

Date Filed: 11/17/2006
Date Terminated: 11/17/2006

Assigned to: Honorable Joan H. Lefkow

**Defendant**

**Aminatu Adebisi Docemo** (1)
*TERMINATED: 11/17/2006*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Disposition**

**Disposition**

OCT 2 5 2007

**Plaintiff**

USA                    represented by    **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300

Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**

435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Probation Department**

408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2006 | | (Court only) ***Set/Clear Flags as to Aminatu Adebisi Docemo to Magistrate Denlow (meg, ) (Entered: 11/22/2006) |
| 11/17/2006 | 1 | TRANSFER of jurisdiction of probation as to Aminatu Adebisi Docemo from USDC ED/VA - Alexandria, Case number 1:04 CR 486: Record received consists of certified copies of indictment, judgment and docket sheet (meg, ) (Entered: 11/22/2006) |
| 10/04/2007 | 2 | PROBATION Jurisdiction Transferred to USDC Dist. of MD - Baltimore as to Aminatu Adebisi Docemo Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (REDACTED) (meg, ) (Entered: 10/09/2007) |
| 10/24/2007 | | CERTIFIED and Transmitted to USDC Dist. of MD - Baltimore documents consisting of transmittal letter; certified copies of transfer of jursidiction, docket sheet, transfer of jurisdiction documents from USDC ED/VA - Alexandria as to Aminatu Adebisi Docemo. Sent via certified mail receipt # 7006 0100 0001 7313 2654. (meg, ) (Entered: 10/24/2007) |

*January 14, 2008*

hereby attest and certify that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
IN OPEN COURT

DEC 2 2 2004

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 1:04 Cr 486 |
| ) | |
| v. ) | |
| ) | Judge T.S. Ellis, III |
| AMINATU DOCEMO ) | Sentencing Date: December 22, 2004 |
| a.k.a "BC," ) | |
| Defendant. ) | |

JUDGE JOAN H. LEFKOW
06CR0854

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 8, 2004, in the Eastern District of Virginia and elsewhere, the defendants, AMINATU DOCEMO, did knowingly and intentionally possessed with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance.

MAGISTRATE JUDGE DENLOW

FILED

NOV 1 7 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(In violation of Title 21, United States Code, Section 841(a)(1))

Paul J. McNulty
United States Attorney

By: _____
Lawrence J. Leiser
Assistant United States Attorney

January 14, 2008

I hereby attest and certify that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

9

FILED
NOV 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FEB 10 2006

07-0506

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | JUDGE JOAN H. LEFKOW |
| | ) | |
| v. | ) | Criminal No. 1:04cr486 |
| | ) | |
| AMINATU ADEBISI DOCEMO | ) | |

06CR0854
MAGISTRATE JUDGE DENLOW

### ORDER

The matter came before the Court on the government's motion for a reduction in defendant's sentence pursuant to Rule 35(b), Fed. R. Crim. P.

For the reasons stated from the Bench,

It is hereby **ORDERED** that the government's motion is **GRANTED**.

Accordingly, it is further **ORDERED** that defendant's sentence is **REDUCED** from thirty-seven (37) months of imprisonment to a period of **TIME SERVED**.

All other terms and conditions of defendant's original sentence remain in full force and effect.

The Clerk is directed to send a copy of this Order to the Probation Office, the Bureau of Prisons, the Marshal's Service and all counsel of record.

Alexandria, VA
February 10, 2006

T. S. Ellis, III
United States District Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY CLERK

I hereby attest and certify on January 14, 2008
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND